# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## San Francisco Venue

---

### Petition for Summons for Person Under Supervision

---

**Person Under Supervision**
Ricky Norman Rollins

**Docket Number**
0971 3:24CR00064-001 RFL

**Name of Sentencing Judge:** The Honorable William Alsup
Senior United States District Judge

On January 5, 2026, the case was reassigned to Your Honor.

**Date of Original Sentence:** May 27, 2025

**Original Offense:** Count One: Felon in Possession of a Firearm; Title 18 U.S.C. §§ 922(g)(1) and 924(a)(2), a Class C Felony.

**Original Sentence:** 24 months custody, concurrent with sentence in CR05-0167-006, followed by 3 years supervised release.
**Special Conditions:** Full-time employment; mental health treatment; check your voice mail and/or answering machine on a daily basis to determine if any instruction were left by the p4robation officer; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons and must not be present in a vehicle where you know any firearms or ammunition is present; expanded search; outpatient substance abuse testing and treatment.

**Prior Form(s) 12:** On November 20, 2025, a Petition for Warrant for Person Under Supervision was filed alleging that Mr. Rollins committed another federal, state, or local crime and that he had access to ammunition. On March 25, 2026, a Petition for Summons for Person Under Supervision was filed alleging additional violations: failing to notify the probation officer within 72 hours after being questioned by law enforcement and failing to submit to a search.

On April 7, 2026, Your Honor modified Mr. Rollins' conditions to include location monitoring by way of home detention while violation proceedings were pending.

On June 25, 2026, Mr. Rollins' term of supervised release was revoked, and he was sentenced to time served, three (3) years, to Conclude on June 25, 2029, to run concurrent to 3:05CR00167-006 RFL. At the time of this revocation, Mr. Rollins admitted guilt to committing another federal, state, or local crime; failing to report law enforcement contact within 72 hours; and failing to submit to a search. The court added sixty (60) days of location monitoring and ordered him to stay away from the Visitacion Valley and Bayview-Hunters Point areas, including the Sunnydale housing community.

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Kevin Barry
**Defense Counsel**
Candis Michell (AFPD)

**Date Supervision Commenced**
June 25, 2026
**Date Supervision Expires**
June 25, 2029

---

**Petitioning the Court**

The issuance of a summons for the person under supervision to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on August 24, 2026, at 11:00 a.m.

I, Xitlalli Bobadilla, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe the person under supervision violated standard condition number nine that states, you must not communicate or interact with someone you know is engaged in criminal activity. You must not associate, communicate, or interact with any person you know has been convicted of a felony, except for his grandmother, aunt and cousin. Additionally, you must not associate with any person who gets convicted of a felony proceeding after the sentencing date of this judgment. |

On July 30, 2026, Mr. Rollins interacted with Duwayne Patyon, a Eastside Crip who is on supervised release for Felon in Possession of a Firearm and Ammunition, 18 U.S.C. 922(g)(1), a Class C felony, without obtaining permission from the probation officer.

On July 30, 2026, contact was made with Mr. Rollins and Mr. Payton, who were stopped together in a vehicle at approximately 2:38 a.m., by the California Highway Patrol. The vehicle, a 2016 Chevy Malibu, was driven by Mr. Payton, who advised the officer that he was on probation with the U.S. Probation Office and was providing Mr. Rollins a ride. On August 11, 2026, the probation officer met with Mr. Payton, who

confirmed he was driving the 2016 Chevy Malibu at the time and provided the registration for the vehicle.

It should also be noted that, according to Mr. Rollins' GPS mapping records, Mr. Rollins was present at Mr. Payton's reported address, listed as, 2121 Wood Street, Oakland, CA 94607 a total of approximately 36 times across the records reviewed. In July 2026, he was recorded at this address approximately 21 times: on July 1, 2026 from 11:02 p.m. to 12:00 a.m.; on July 6, 2026 from 10:07 p.m. to 11:38 p.m.; on July 7, 2026 from 11:48 p.m.to 12:00 a.m.; on July 9, 2026 from 4:52–5:25 p.m. and again from 7:54 p.m.–12:00 a.m.; on July 12, 2026 from 3:57–4:26 p.m. and again from 9:12–10:12 p.m.; on July 14, 2026 from 9:30 p.m. to 12:00 a.m.; on July 15, 2026 from 12:00–12:07 a.m., 12:42–1:58 a.m., 5:02–6:31 p.m., and 11:16–11:50 p.m.; on July 16, 2026 from 9:18 p.m.–11:36 p.m.; on July 19, 2026 from 1:24 a.m.–2:36 a.m., 4:03–5:21 p.m., and 9:19 p.m.–12:00 a.m.; on July 20, 2026 from 12:00 a.m.–12:40 a.m.; on July 28, 2026 from 6:47 p.m.–7:14 p.m. and 9:31–10:06 p.m.; and on July 29, 2026 from 1:05 a.m.–1:30 a.m. and 4:44–5:13 p.m.

In August 2026, he was recorded at this address approximately 15 times: on August 2, 2026 from 12:31 a.m.–1:12 a.m., 3:14 a.m.–6:36 a.m., 7:39 p.m.–8:06 p.m., and 10:40 p.m.–11:29 p.m.; on August 6, 2026 from 6:53 p.m.–9:57p.m. and 10:55p.m.–11:09p.m.; on August 9, 2026 from 3:30 a.m.–8:48a.m., 4:08 p.m.–5:00p.m, and 9:35 p.m.–10:09p.m; on August 10, 2026 from 7:52 p.m.–7:54p.m.; on August 12, 2026 from 12:00 a.m. –12:40 a.m., 4:32p.m. –5:11p.m , and 8:53 p.m.–11:54p.m.; and on August 13, 2026 from 3:28p.m. –3:41p.m and 11:48 p.m.–12:00 a.m.

Evidence in support of this violation can be found in the probation officers' testimony.

| Charge Number | Violation |
|---|---|
| Two | There is probable cause to believe the person under supervision violated special condition number three that states, unless directed in writing otherwise, you must check your voice mail and/or answering machine on a daily basis to determine if any instructions were left by the probation officer. You must follow all such instructions, including but not limited to drug testing. |

On August 14, 2026, Mr. Rollins failed to follow instructions left by the probation officer.

On August 14, 2026, Mr. Rollins informed the probation officer that he had received pay stubs and was able to submit them for employment verification. The probation officer requested the pay stubs that same day

via phone call and text; as of this writing, Mr. Rollins has not provided the pay stubs to verify his employment status.

Evidence in support of this violation can be found in the probation officers' testimony.

Based on the foregoing, there is probable cause to believe that Ricky Norman Rollins violated the conditions of his Supervised Release.

Respectfully submitted,

Xitlalli Bobadilla
U.S. Probation Officer Specialist
Date Signed: August 19, 2026

Reviewed by:

Jennifer Hutchings
Supervisory U.S. Probation Officer

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒ The issuance of a summons for the person under supervision to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on August 24, 2026, at 11:00 a.m.

☐ Other:

August 19, 2026
Date

Rita F. Lin
United States District Judge

APPENDIX

Grade of Violations: C [USSG §7C1.1(a)(3), p.s.]

Criminal History at time of sentencing: II

| | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | Two Years<br>18 U.S.C. § 3583(e)(3) | 4-10 months<br>USSG §7C1.5, p.s. |
| **Supervised Release:** | Three years, less any custody imposed<br>18 U.S.C. § 3583(h) | Three years, less any custody imposed<br>USSG §7C1.4(c), p.s. |
| **Probation:** | Not Authorized | Not Authorized |

# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**
1301 Clay Street, Suite 220S
Oakland, CA 94612-5217
TEL: (510) 637-3600
FAX: (415) 581-7420

**CHRIS CARRUBBA-KATZ**
CHIEF U.S. PROBATION OFFICER

**KEVIN THOMAS**
ASSISTANT DEPUTY CHIEF U.S. PROBATION OFFICER

**AARON TAM**
DEPUTY CHIEF U.S. PROBATION OFFICER

**KYLE POLLAK**
ASSISTANT DEPUTY CHIEF U.S. PROBATION OFFICER

August 19, 2026

MEMORANDUM

The Honorable Rita F. Lin
United States District Judge
450 Golden Gate Avenue
San Francisco, CA 94102-3487

Re: Ricky Norman Rollins
Docket No.: 0971 3:05CR00167-006 RFL & 0971 3:24CR00064-001 RFL

Your Honor:

To facilitate the issuance of a summons, the address of the individual is as follows:

1510 Webster Street, #705
Oakland, CA 94612

Respectfully Submitted,

Jessica R. Britten
for

Xitlalli Bobadilla
U.S. Probation Officer Specialist
Office: 510-637-3590
Fax: 415-581-7418

Enclosures

JB